UNITED STATES DISTRICT COURT                                    JS-6
CENTRAL DISTRICT OF CALIFORNIA


### CIVIL MINUTES – GENERAL

Case No.    2:26-cv-01150-MEMF-KES                        Date: March 18, 2026

Title    *7980 Sunset Associates v. Nunzio Donato Ciaraulo et al*

Present: The Honorable:    Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:
N/A                                            N/A


**Proceedings:  Order Granting Motion to Remand [Dkt. No. 9] and Denying as Moot Ex Parte Applications [Dkt. Nos. 15-16]**

Plaintiff 7980 Sunset Associates ("7980 Sunset") filed suit in Los Angeles County Superior Court on September 25, 2025. *See* Dkt. No. 1 at 33. Defendant Nunzio Donato Ciaraulo removed the action to this Court on February 4, 2026, on the ground that this Court has subject matter jurisdiction pursuant to federal question jurisdiction, 28 U.S.C. § 1331. *See id.* at 1.[1]

7980 Sunset filed a Motion to Remand on February 23, 2026. Dkt. No. 9 ("Motion"). This Court has ordered the parties to maintain familiarity with this Court's Standing Orders, Dkt. No. 10, and pursuant to this Court's Standing Orders, Ciaraulo's Opposition was due fourteen (14) days later, Civil Standing Order § VIII(B). Despite this, Ciaraulo never filed an opposition.

Pursuant to Local Rule 7-12, this Court "may decline to consider any memorandum or other document not filed within the deadline set by order or local rule." In addition, "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion . . . ." C.D. Cal. L.R. 7-12.

Accordingly, the Court grants the Motion as unopposed.

---

[1] Because Dkt. No. 1 does not have consistent page numbers, all citations to the page number are citations to the pagination imposed on the document by the Court's CM/ECF header. *See* Bluebook Rule B17.1.4.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.    2:26-cv-01150-MEMF-KES                                    Date: March 18, 2026

Title      *7980 Sunset Associates v. Nunzio Donato Ciaraulo et al*

**Conclusion**

For the foregoing reasons, the Court ORDERS as follows:

1.      The Motion is GRANTED.
2.      The case is REMANDED to the Los Angeles County Superior Court.
3.      The Ex. Parte Applications at Dkt. Nos. 15 and 16 are DENIED AS MOOT.

IT IS SO ORDERED.

                                                                        :

**Initials of Preparer**        DBE